## The People, on relation of Michael Sage, v. The Township Board of Springwells.

*Application for laying out a highway.*—The Commissioners of Highways have no power to entertain a second application for laying out the same road within one year from the first, and any proceedings by the Commissioners on a second application, within that period are void.

*Heard October 12. Decided October 16.*

Certiorari to the township board of Springwells.

The return to the writ showed the following facts:

On the 9th day of September, 1864, application having been made by seven freeholders of the town of Springwells for a highway in said town, the commissioners of highways proceeded to view the premises described in said application, and ordered and determined in favor of laying out such highway. From this order Michael Sage, and others, whose property was to be affected by the projected road, appealed to the township board, by whom the order of the commissioners was reversed.

Subsequently, on the 31st day of January, 1865, another application by the requisite number of freeholders having been made for the laying out of said highway, the highway commissioners made another order in favor of the same. An appeal was also taken from this order by said Sage, and others, to the township board of Springwells, and the board sustained the order. Certiorari was brought to review this final action of the board.

*H. M. Cheever*, for the relator, contended that the highway commissioners had no power to entertain the application, a similar application for the same road having been made within twelve months before.—*S. L.*, 1861, *p.* 256, §1.

COOPER v. BIGLY.

## COOLEY J.:

As the record shows that the present proceedings were commenced within one year from the time when another petition for the same road had been presented and denied, the commissioners had no power to entertain them, and the proceedings must be reversed. — *Laws of* 1861, *p.* 256, §1.

MARTIN Ch. J. and CAMPBELL J. concurred.

CHRISTIANCY J. did not sit in this case.